ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
                                                          :
CAROLINE ROBERTS,                                         :
                                                          :   **STIPULATION OF**
                Plaintiff,                                :   **DISCONTINUANCE**
                                                          :
        -against-                                         :   Index No. 06-CV-1997
                                                          :   (MGC)
MEMORIAL SLOAN-KETTERING                                  :
CANCER CENTER                                             :
                                                          :
                Defendant.                                :
                                                          :
--------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above entitled action be discontinued with prejudice and without costs of fees to either party and that an order to that effect may be entered without further notice. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: November 18, 2008
       New York, New York

McDERMOTT WILL & EMERY LLP

_____
Terri L. Chase (TC 9091)
Nadine M. Gomes Williams (NW3319)
340 Madison Avenue
New York, New York 10173
(212) 547-5400

Attorneys for Defendant
*Memorial Sloan-Kettering
Cancer Center*

LAW OFFICES OF KENNETH W.
RICHARDSON

_____
Kenneth W. Richardson, Esq.
305 Broadway
New York, New York 10007
212-962-4294

Attorney for Plaintiff
*Caroline Roberts*

November 19, 2008